UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-09593-ODW-SHK | Date: | February 9, 2022 |
| Title: | Eric A. Langley v. Twin Towers Correctional Facility, et al. | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):**     **FINAL ORDER TO SHOW CAUSE**

       On October 20, 2020, the Court received Plaintiff Eric A. Langley's ("Plaintiff") civil rights Complaint ("Complaint" or "Compl."). Electronic Case Filing Number ("ECF No.") 1, Compl. On November 22, 2021, the Court issued an Order Dismissing Complaint Without Prejudice and with Leave to Amend ("ODLA"). ECF No. 6, ODLA. The ODLA required Plaintiff to file a First Amended Complaint ("SAC") if Plaintiff desired to do so by December 13, 2021. Id. Plaintiff has failed to file a FAC within the allotted time nor has he requested an extension of time within which to do so.

       On December 29, 2021, this Court ordered Plaintiff to show cause ("OSC") by January 12, 2022, why the case should not be dismissed for failure to prosecute and follow Court orders. ECF No. 7, OSC. Plaintiff was warned that if Plaintiff failed to timely respond, "the Court **will** deem such failure a further violation of a Court order justifying dismissal, and also deem such a failure as further evidence of a lack of prosecution on Plaintiff's part." Id. at 2 (emphasis in original). As of the date of this order, Plaintiff has failed to respond or otherwise participate in this litigation.

       As such, the Court hereby reincorporates is findings, conclusions, and orders from its ODLA, see ECF No. 6, and its OSC, see ECF No. 7, and orders **PLAINTIFF, one final time, by February 22, 2022**, **TO SHOW CAUSE**, why this case should not be dismissed for failure to prosecute and follow Court orders. Plaintiff can comply with this order by either:

(a) advising the Court that Plaintiff no longer wishes to pursue this action; (b) showing good cause in writing why Plaintiff has not filed a SAC; or (c) filing a SAC in accordance with the instructions provided in the ODLA, as reincorporated by reference herein.  The Clerk of Court is hereby **DIRECTED** to send Plaintiff a copy of the ODLA and OSC [ECF Nos. 6, 7] with this order.

Plaintiff is warned that failure to timely perform one of the options listed above **will** result in the dismissal of this case for failure to prosecute and follow Court orders.

**IT IS SO ORDERED.**