JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC A. LANGLEY,<br><br>                Plaintiff,<br><br>       v.<br><br>TWIN TOWERS CORRECTIONAL FACILITY, et al.,<br><br>                Defendants. | Case No. 2:20-cv-09593-ODW-SHK<br><br>**JUDGMENT** |

    Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice

Dated: March 9, 2022

                                        HONORABLE OTIS D. WRIGHT, II
                                        United States District Judge